476 A.2d 88

Commonwealth v. Nelson, Appellant.
Petition for Allowance of Appeal
Denied Aug. 28, 1984.

Submitted March 5, 1984. Douglas M. Johnson, Assistant Public De-

598

fender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.